# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## BRIEF DEFICIENCY LETTER

June 15, 2026

<table>
<tr><td rowspan="2">No. 26-1783</td><td>COUNT US IN, et al.,<br>               Plaintiffs - Appellees<br><br>v.<br><br>DIEGO MORALES, et al.,<br>               Defendants - Appellants</td></tr>
</table>

**Originating Case Information:**

District Court No: 1:25-cv-00864-RLY-MKK
Southern District of Indiana, Indianapolis Division
District Judge Richard L. Young

**To:**

James A. Barta
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Indianapolis, IN 46204-2770

James Compton
FIRST & FOURTEENTH PLLC
800 Connecticut Ave, N.W.
Suite 300
Washington, DC 20006

Kyle Hunter
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Indianapolis, IN 46204-2770

Lauren Rae LaBaumbard
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
IGCS-5th Floor
Indianapolis, IN 46204-2770

Christopher Owen Murray
FIRST & FOURTEENTH PLLC
88 Inverness Circle East
Suite L107
Englewood, CO 80112

Andrew Nussbaum
FIRST & FOURTEENTH PLLC
Two N. Cascade Avenue
Suite 1430
Colorado Springs, CO 80903

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A Disclosure Statement or Amended Disclosure Statement is required for all retained counsel appearing on the brief. See Fed. R. App. P. 26.1, 28(a)(1), and 28(b).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

_____

DAB

NOTE:     Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**     (form ID: **187**)